No. 171.  MARYLAND, EX REL. CHANNELL v. MURPHY. Court of Appeals of Maryland. Certiorari denied. *Harry O. Levin* and *Marshall A. Levin* for petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, *J. Edgar Harvey,* Deputy Attorney General, and *Ambrose T. Hartman,* Assistant Attorney General, for respondent.

No. 173.  JOLIET CONTRACTORS ASSOCIATION ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir. Certiorari denied. *Charles M. Price* and *Charles B. Mahin* for petitioners. *Acting Solicitor General Stern, David P. Findling, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board; and *Daniel D. Carmell* and *Lester Asher* for the Glaziers' Union, Local No. 27, Brotherhood of Painters, Decorators and Paper Hangers, respondents.

No. 178.  DAVIS FROZEN FOODS, INC. v. NORFOLK SOUTHERN RAILWAY Co.  C. A. 4th Cir. Certiorari denied. *Murray Allen* for petitioner. *Robert N. Simms* for respondent.

No. 179.  COLEMAN, ATTORNEY GENERAL, v. TRUNK-LINE GAS Co. Supreme Court of Mississippi. Certiorari denied. *J. P. Coleman,* Attorney General of Mississippi, *J. H. Sumrall* and *Dugas Shands* for petitioner. *Gene M. Woodfin* for respondent.

No. 185.  O'LOUGHLIN v. O'LOUGHLIN. Supreme Court of New Jersey. Certiorari denied. *Lionel P. Kristeller, Saul J. Zucker* and *Alan Y. Cole* for petitioner. *Harry Cohn* for respondent.